ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WALKER MEMORIAL BAPTIST CHURCH, INC., v. Rev. JOHN W. SAUNDERS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of VALLIE G. KINNEY and Others for the Appointment of Appraisers. G. R. KINNEY CO., INC. VALLIE G. KINNEY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ,

ROBERT MARTUCCI, an Infant, by JOSEPH MARTUCCI, His Guardian ad Litem, and JOSEPH MARTUCCI v. BROOKLYN CHILDREN'S AID SOCIETY and Another. DESMOND T. BARRY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

UNITED STATES OF AMERICA, for the Use of RODERICK BEGG, Doing Business, etc., v. CHARLES J. LANE, as Trustee of J. B. PRESTON Co., INC., in Reorganization under Sec. 77-B of the National Bankruptcy Act, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MANUFACTURERS TRUST COMPANY. Claim No. Mortgage # 451 # 14. MANUFACTURERS TRUST COMPANY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of CHARLES KLINGENBECK and Others for the Payment of Award Made for Parcels Nos. 50 and 51 on the Damage Map and in the Final Decree of the Supreme Court, as to Damage and Benefit, in the Proceeding to Acquire Title to East River Drive, from East 92nd Street to East 122nd Street, in the Borough of Manhattan, City of New York. BURNS BROS. and Others. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Glennon, Untermyer, Cohn and Callahan, JJ.

MARY TRASK WOODWARD v. ORATOR FRANK WOODWARD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MARY TRASK WOODWARD v. ORATOR FRANK WOODWARD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of HARRY L. BAKER, as Stockholder in SAMCOE HOLDING CORPORATION, against SAMUEL COHN and Another.— Motion for leave to appeal to the Court of Appeals dismissed, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of S. SAMUEL WEINBERGER (Also Known as SIDNEY S. WEINBERGER).— Motion for reargument or for leave to appeal to the Court of Appeals denied. [See ante, p. 592.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.